IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NILES VALENTINE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action: 1:20cv-00315-JB-M |
| CITY OF SARALAND, | ) ) ) |
| Defendant. | ) ) |

**JOINT ADR STATEMENT**

The parties jointly file this report in compliance with the Rule 16(b) Scheduling Order entered in this case. The parties have engaged in settlement discussions, but have been unable to reach a settlement. Based on the current status of this case, the parties do not feel that any form of alternative dispute resolution would assist the parties at this time.

Dated this 20th day of August 2021.

/s/ Thomas M. Loper      [by Consent]
THOMAS M. LOPER (LOPET8947)
*Attorney for Plaintiff*

**OF COUNSEL:**
LOPER LAW, LLC
452 Government Street, Suite E
Mobile, AL 36602
(251) 288-8308
Email: tloper@loperlawllc.com

/s/ Thomas O. Gaillard, III
THOMAS O. GAILLARD, III (GAILT9459)
*Attorney for Defendant City of Saraland*

**OF COUNSEL:**
HELMSING, LEACH, HERLONG,
 NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
E-Mail: TOG@helmsinglaw.com